MARTHA E. GILLESPIE, as Administratrix, etc., of JAMES W. GILLESPIE, Deceased, Respondent, v. NEWBURGH GAS & OIL COMPANY, INC., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the

Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.